ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS WILLIAM DIAL,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:25-cv-01760-CKD<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    Defendant respectfully moves for an extension of thirty (30) days to respond to Plaintiff's Motion for Summary Judgment in this case, up to and including November 19, 2025. Plaintiff's counsel was contacted today, October 20, 2025, and indicated his willingness to stipulate to this extension request. This is Defendant's first request for an extension in this case. He makes this request based on the following.

1. At the end of the day on September 30, 2025, the appropriations that were funding the Department of Justice expired, and appropriations to the Department lapsed. The same is true for most executive agencies, including the federal defendant Social Security

Administration (SSA). It is not clear when Congress will restore funding.

2. In the absence of either an appropriation for fiscal year 2026 or a continuing resolution to fund the SSA's operations, the agency may not incur any further financial obligations, except for that work that, as defined by law, is excepted from the limitations of Anti-Deficiency Act. See 31 U.S.C. §§ 1341, 1342.

3. Effective Monday, October 20, 2025, the SSA has determined that undersigned counsel may perform work on social security cases arising under 42 U.S.C. § 405(g) during the current lapse in appropriations as excepted work.

4. Although the undersigned counsel is permitted to work on social security cases arising under 42 U.S.C. § 405(g) as of October 20, 2025, he has many other pressing deadlines resulting from the lapse in funding.

For these reasons, then, undersigned counsel requests an extension of thirty (30) days in which to respond to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: October 20, 2025     By:  *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

DATE: October 20, 2025     By:  *s/ Francesco Paulo Benavides*
Francesco Paulo Benavides
Law Offices of Francesco Benavides
Attorney for Plaintiff
(*as authorized by email)

ORDER

Pursuant to Defendant's Motion, IT IS SO ORDERED that:

1. The parties' stipulated motion for extension of time (ECF No. 13) is GRANTED; and
2. Defendant shall have an extension, up to and including November 19, 2025, to respond to Plaintiff's Motion for Summary Judgment.

Dated: October 20, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE