ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travis William Dial,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:25-cv-01760-CKD<br><br>STIPULATED MOTION AND ORDER FOR A SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    Defendant respectfully moves for an extension of fourteen (14) days to respond to Plaintiff's Motion for Summary Judgment in this case, from the current due date of November 19, 2025 to the new date of December 3, 2025. Plaintiff's counsel indicated his willingness to stipulate to this extension request. This is Defendant's second request for an extension in this case after previously being granted an extension 30 days. The counsel for Defendant makes this request based on the following.

    At the end of the day on September 30, 2025, the appropriations that were funding the Department of Justice expired, and appropriations to the Department lapsed. The same is true for

most executive agencies, including the federal defendant Social Security Administration (SSA). Although all staff are back working on Social Security cases as of November 13, 2025, counsel for Defendant has many remaining backlogs that have impacted his ability to devote the time required to complete its response in this matter. Moreover, counsel for Defendant was out of the office yesterday caring for his sick daughter and will be out of the office part of the day on November 19, 2025 for medical appointments of his children. In addition, counsel for Defendant will be out of the office November 26-28, 2025.

For these reasons, the undersigned counsel requests an extension of fourteen (14) days until December 3, 2025 in which to respond to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: November 18, 2025        By:    *s/ Oscar Gonzalez de Llano*
                                       OSCAR GONZALEZ DE LLANO
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

Respectfully submitted,

DATE: November 18, 2025        By:    *s/ Francesco Paulo Benavides*
                                       Francesco Paulo Benavides
                                       Law Offices of Francesco Benavides
                                       Attorney for Plaintiff
                                       (*as authorized by email)

ORDER

    Good cause appearing, IT IS SO ORDERED that:

1. Defendant's stipulated motion for extension of time (ECF No. 15) is GRANTED; and
2. Defendant shall have an extension, up to and including December 3, 2025, to respond to Plaintiff's Motion for Summary Judgment.

Dated: November 20, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE